IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUIS ALBERTO ZAMORA MEJIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-109-G-BN |
| | § | |
| THOMAS BERGAMI, Warden, | § | |
| Prairieland Detention Center, ET AL., | § | |
| | § | |
| Respondents. | § | |

**ORDER REQUIRING SERVICE AND SETTING
<u>EXPEDITED BRIEFING SCHEDULE</u>**

Petitioner Luis Alberto Zamora Mejia, with the assistance of counsel, filed this habeas action under 28 U.S.C. § 2241 on January 15, 2026, challenging his continued detention under 8 U.S.C. § 1226(c). *See generally* Dkt. No. 1.

Senior United States District Judge A. Joe Fish referred this habeas action to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference. *See* Dkt. No. 2.

The undersigned has reviewed the filings in this case and has determined that service and an expedited response from the United States Attorney's Office is required.

The Court therefore requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

The United States Attorney's Office, on behalf of Respondents, must file, by **January 29, 2026**, an answer, motion, or other response to the petition (the

"Response").

And Petitioners may submit a reply brief to the Response by **February 5, 2026**. Any reply filed must be limited to the arguments raised in the Response and shall not include any new allegations of fact or new grounds for relief.

SO ORDERED.

DATED: January 15, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE