IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUIS ALBERTO ZAMORA MEJIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-109-G-BN |
| | § | |
| THOMAS BERGAMI, Warden, | § | |
| Prairieland Detention Center, ET AL., | § | |
| | § | |
| Respondents. | § | |

**ORDER REQUIRING SERVICE AND SETTING
SUPPLEMENTAL BRIEFING SCHEDULE**

On January 15, 2026, Petitioner Luis Alberto Zamora Mejia, who his counsel represents is detained at Prairieland Detention Center in Alvarado, Texas, filed this habeas action under 28 U.S.C. § 2241 with the assistance of counsel, arguing at least that his detention by immigration authorities without a bond hearing violates both the Immigration and Nationality Act and the due process clause of the United States constitution. *See* Dkt. No. 1.

Senior United States District Judge A. Joe Fish referred Zamora Mejia's action to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference. *See* Dkt. No. 2.

The Court ordered expediting briefing on the petition. *See* Dkt. No. 5.

The day after Zamora Mejia filed his reply brief, a panel of the United States Court of Appeals for the Fifth Circuit issued a published decision that could impact the relief that he seeks. *See Buenrostro-Mendez v. Bondi*, ___ F.4th ___, No. 25-20496 (consol. w/ 25-40701), 2026 WL 323330 (5th Cir. Feb. 6, 2026); 5TH CIR. R. 47.5.

The undersigned reviewed the filings in this case and has determined that supplemental briefing from the parties is required.

The Court therefore requests that the Clerk of Court electronically serve a copy of this order on the United States Attorney for the Northern District of Texas.

Zamora Mejia must file, by **March 13, 2026**, a supplemental brief addressing the Fifth Circuit's recent decision.

The United States Attorney's Office, on behalf of Respondents, may file, by **April 13, 2026**, a response to the supplemental brief.

SO ORDERED.

DATED: February 11, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE